UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD I. SOFOWORA | ) | 1:06-CV-00242-OWW-TAG-HC |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | APPOINTMENT OF COUNSEL |
| v. | ) | (Doc. 3) |
| | ) | |
| ALBERT GONZALES, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner has requested the appointment of counsel. (Doc. 3). There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (Doc. 3), is DENIED.

IT IS SO ORDERED.

Dated:   **March 31, 2006**                                          _____**/s/ Theresa A. Goldner**_____
**j6eb3d**                                                                      UNITED STATES MAGISTRATE JUDGE