UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD I. SOFOWORA, | ) | 1:06-CV-00242-OWW-TAG-HC |
| Petitioner, | ) ) | ORDER DENYING APPLICATION AS MOOT |
| v. | ) ) | (Docs. # 6 & #10) |
| ALBERT GONZALES, et al., | ) ) | |
| Respondent. | ) ) ) | |

Petitioner is a prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2241. On April 14, 2006, petitioner submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Due to the fact that petitioner paid the filing fee for this action on April 7, 2006, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (Docs. 6 & 10) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **May 22, 2006**
**j6eb3d**

**/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE