UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. SOFOWARA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ALBERT GONZALES, et al.,<br><br>　　　　　Respondents. | 1:06-cv-00242-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(Doc. 19)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 25, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that Respondent's Motion to Dismiss the petition be GRANTED and that the petition for writ of habeas corpus be DISMISSED for RIPENESS. (Doc. 19). The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On September 12, 2006, Petitioner filed objections to the Magistrate Judge's Report and Recommendation. (Doc. 20).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections,

1

the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued August 25, 2006 (Doc. 19), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and,
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 23, 2006**             /s/ Oliver W. Wanger
emm0d6                                                     UNITED STATES DISTRICT JUDGE