UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. SOFOWARA,<br><br>        Petitioner,<br><br>  v.<br><br>ALBERT GONZALES, et al.,<br><br>        Respondent. | 1:06-CV-00242-OWW-TAG-HC<br>Appeal Number 06-17150<br><br>ORDER REQUIRING PETITIONER TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL **OR** PAY FILING FEE<br><br>ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On August 25, 2006, Magistrate Judge Theresa A. Goldner issued a Report and Recommendation to dismiss the petition for writ of habeas corpus. (Doc. 19). On September 26, 2006, District Judge Oliver W. Wanger adopted the Report and Recommendation and dismissed the petition. Judgment was entered on September 26, 2006. (Doc. 21).

      On October 24, 2006, Petitioner filed a notice of appeal. (Doc. 23). On October 31, 2006, the Court issued an order denying the motion for certificate of appealability (Doc. 24), and on October 31, 2006, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit.

      On November 13, 2006, Petitioner submitted a notice to the Court that he is unable to pay the $455.00 appeal fees due. (Doc. 26). Petitioner also submitted a copy of his prison trust account statement for the last ten months, as evidence of his indigency.

      A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the

1 | appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing
2 | fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled
3 | to proceed in forma pauperis on appeal.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court and attach to that motion a completed application to proceed in forma pauperis, along with the issues the party intends to present on appeal. Petitioner has not submitted a completed application to proceed in forma pauperis. Additionally, the copy of petitioner's trust account statement was not a certified copy. See 28 U.S.C. 1914(a); 1915 (a). The Court will provide Petitioner with the opportunity to submit either the appropriate application and certified copy of Petitioner's prison trust account or the $455.00 filing fee.

Accordingly, the Court ORDERS that:

1. The Clerk of the Court is directed to send Petitioner a copy of the application to proceed in forma pauperis;

2. Petitioner shall submit either the completed application, accompanied by a certified copy of Petitioner's prison trust account statement for the last six months, **or** the $455.00 filing fee, within thirty (30) days of the date of service of this order; and

3. The Clerk of Court is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **December 15, 2006**             **/s/ Theresa A. Goldner**
**j6eb3d**             UNITED STATES MAGISTRATE JUDGE